AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) HUG, JR., PROCTER R. | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Senior | 5. ReportType (check appropriate type) ○ Nomination, Date 9/16/1977 ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Bruce Thompson U.S. Courthouse 400 S. Virginia St., Suite 708 Reno, Nevada 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 16 P 3: 42
FINANCIAL DISCLOSURE OFFICE.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Storey County Properties | F | Interest | M | W | | | | | (2) + rent |
| 2. West Coast Development | A | Interest | M | W | | | | | |
| 3. Fernley Estates | A | Interest | J | W | | | | | |
| 4. Brooktree Partners | D | Rent | K | U | | | | | |
| 5. Alternate Energy Investors | | None | J | W | | | | | |
| 6. Hug Homes, Ltd., | F | Interest | | | liquidated | 2/10 | N | G | |
| 7. WCC, LLC | | None | | | liquidated | 6/14 | L | G | |
| 8. Flowers Escrow Real Estate Mtg. | D | Interest | N | T | | | | | |
| 9. UBS M/M Fund | B | Interest | K | T | | | | | |
| 10. Wachovia M/M Fund | A | Interest | J | T | | | | | |
| 11. Wells Fargo M/M Fund | D | Interest | O | T | | | | | |
| 12. Morgan Stanley Dean Witter Liquid Asset | A | Interest | J | T | | | | | |
| 13. United States Treasury Note | A | Interest | J | T | | | | | |
| 14. Bank of America | A | Interest | J | T | | | | | |
| 15. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 16. Arizona Rev. Bonds | A | Interest | | | redemption | 7/1 | L | A | |
| 17. Hawaii Rev. Bonds | A | Interest | K | T | | | | | |
| 18. Idaho Housing Bonds | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUO, JR., PROCTER R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. N. Las Vegas Rev. Bonds | A | Interest | K | T | | | | | |
| 20. Nevada Housing Bonds | A | Interest | L | T | | | | | |
| 21. Salt Lake City Bonds | A | Interest | K | T | | | | | |
| 22. AT&T Corp. | A | Dividend | J | T | | | | | |
| 23. Advanced Medical Optics | A | Dividend | K. | T | | | | | |
| 24. Allergan, Inc. | A | Dividend | K | T | | | | | |
| 25. Alliant Energy Corp. | A | Dividend | K | T | | | | | |
| 26. America Funds Investment Co. | A | Interest | | | sell | 12/2 | K | A | |
| 27. Archer Daniels Mid. | A | Dividend | K | T | | | | | |
| 28. BCB, Inc. | C | Dividend | K | T | | | | | |
| 29. Barrick Gold Corp. | | None | | | sell | 5/13 | J | A | |
| 30. Berkshire Hathoway, Inc. | | None | M | T | | | | | |
| 31. Bob Evans Farms | A | Dividend | K | T | buy | 8/30 | K | | |
| 32. CNH Global NV | A | Dividend | J | T | | | | | |
| 33. Canadian National R.R. | A | Dividend | K | T | | | | | |
| 34. Canadian Pacific Railway | A | Dividend | J | T | | | | | |
| 35. Citrix | A | Dividend | J | T | | | | | |
| 36. Closure Medical Corp. | A | Dividend | K | T | | | | | |

1 Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   G = $2,501-$5,000   D = $5,001-$15,000   E = $15,801-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2 Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3 Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-B) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Comcast Corp. | A | Dividend | J | T | | | | | |
| 38. Costco Companies | A | Dividend | K | T | | | | | |
| 39. Cryolife, Inc. | A | Dividend | K | T | | | | | |
| 40. Delta Airlines | A | Dividend | | | sell | 10/25 | J | A | |
| 41. Dupont | A | Dividend | K | T | | | | | |
| 42. Eastman Kodak | A | Dividend | J | T | buy | 3/23 | J | | |
| 43. Elkcorp | A | Dividend | J | T | | | | | |
| 44. Federal Agricultural Mortgage | A | Dividend | J | T | | | | | |
| 45. Franklin Utilities | A | Interest | K | T | | | | | |
| 46. Gannett Co. | A | Dividend | K | T | | | | | |
| 47. Genentech | A | Dividend | K | T | | | | | |
| 48. Granite Construction Co. | A | Dividend | J | T | | | | | |
| 49. Hanson PLC | A | Dividend | J | T | | | | | |
| 50. Heinz HJ Co. | A | Dividend | J | T | | | | | |
| 51. Hilton International | A | Dividend | | | sell | 3/23 | J | A | |
| 52. Hitachi, Ltd. | A | Dividend | J | T | | | | | |
| 53. Home Depot | A | Dividend | J | T | | | | | |
| 54. Hospira | A | Dividend | K | T | buy | 8/30 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Imperial Chemical | A | Dividend | K | T | | | | | |
| 56. Int'l Game Technology ("IGT") | A | Dividend | K | T | | | | | |
| 57. Intel | A | Dividend | K | T | sell | | | | |
| 58. Janus Fund | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 59. Janus Twentieth Century | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 60. Janus Venture | A | Dividend | J | T | | | | | (2) + Capital Gain |
| 61. Liberty Media | A | Dividend | | | sell | 8/31 | J | A | |
| 62. Lincoln National Conv. Sec. | A | Dividend | J | T | | | | | |
| 63. Linear Technology Corp. | A | Dividend | K | T | | | | | |
| 64. Lucent Technology | A | Dividend | J | T | | | | | |
| 65. Lyondell Chemical | A | Dividend | J | T | merger | 12/2 | J | | Merger with Millenium |
| 66. McDonalds | A | Dividend | | | sell | 8/30 | J | C | |
| 67. Mandalay Resort Group | A | Dividend | | | sell | 8/30 | K | E | |
| 68. Medco Health Solutions | A | Dividend | J | T | | | | | |
| 69. Merck & Co. | A | Dividend | L | T | | | | | |
| 70. Mercury General Corp. | A | Dividend | J | T | | | | | |
| 71. Microsoft | A | Dividend | J | T | | | | | |
| 72. Millenium Chemicals, Inc. | A | Dividend | | | merger | 12/2 | J | | Merger with Lyondell |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Morgan Stanley Asia P. | A | Interest | K | T | | | | | |
| 74. Muniyield Quality Fund | A | Interest | | | sell | 3/23 | K | D | |
| 75. NCR Corp. | A | Dividend | J | T | | | | | |
| 76. Newell Rubbermaid | A | Dividend | K | T | | | | | |
| 77. Newmont Mining Corp. | A | Dividend | J | T | | | | | |
| 78. Pall Corp. | A | Dividend | J | T | | | | | |
| 79. Palm Source | A | Dividend | K | T | buy | 8/30 | K | | |
| 80. Palm Source | A | Dividend | | | sell | 12/29 | J | A | |
| 81. Peets Coffee | A | Dividend | J | T | | | | | |
| 82. Pfizer | A | Dividend | K | T | | | | | |
| 83. Placer Dome | A | Dividend | J | T | buy | 5/13 | J | | |
| 84. Raytheon Co. | A | Dividend | K | T | | | | | |
| 85. Regis Corp. | A | Dividend | K | T | | | | | |
| 86. Royal Dutch Petroleum | A | Dividend | K | T | buy | 3/23 | K | | |
| 87. Safeway | A | Dividend | | | sell | 10/25 | J | A | |
| 88. Schlumberger Ltd. | A | Dividend | | | sell | 3/23 | K | D | |
| 89. Sierra Pacific Resources | A | Dividend | J | T | | | | | |
| 90. Tollgrade Communications | A | Dividend | | | sell | 5/13 | J | A | |

1 Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2 Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3 Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Trimble Navigation, Ltd. | A | Dividend | J | T | | | | | |
| 92. UNTS First Trust | A | Interest | | | sell | 8/30 | K | C | |
| 93. Unilever PLC. | A | Dividend | K | T | | | | | |
| 94. VISX, Inc. | A | Dividend | K | T | | | | | |
| 95. Wells Fargo Stock | A | Dividend | L | T | | | | | |

| 1 Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

NONE

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████     Date   5/13/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544